AO 455 (Rev.5/85)   Waiver of Indictment

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

MATTHEW EVERETT GOULD

**WAIVER OF INDICTMENT**



CASE NUMBER: 1:10-CR-320-JEC

I, <u>MATTHEW EVERETT GOULD</u>, the above named defendant, who is accused of knowingly combined, conspired, confederated, agreed, and had a tacit understanding with other persons known and unknown, to violate Title 21, United States Code Section 841(a)(1), that is, to possess with the intent to distribute a controlled substance, that is marijuana, a Schedule I controlled substance, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 28, 2010 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Matthew Everett Gould
Defendant

_____
Seth David Kirschenbaum
Counsel for Defendant

Before _____
               Judicial Officer