UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW EVERETT GOULD,

CRIMINAL ACTION

1:10-CR-320-01-JEC

**NOTICE OF SENTENCING DATE**

**TO ABOVE NAMED DEFENDANT**

    By direction of the Honorable **JULIE E. CARNES**, United States District Judge, YOU ARE ORDERED to appear in the United States District Court for the Northern District of Georgia for imposition of sentence on **MONDAY, OCTOBER 18, 2010, 3:00 P.M.** On that date report to the U. S. Courthouse, Courtroom **2107**, 75 Spring Street, S.W., Atlanta, Georgia 30303, where sentence will be imposed. You will receive no further notice.
    If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.
    IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report **immediately** to the United States Probation Office of this Court for interview and further instruction. (Room **900** of the building.)

Date: July 28, 2010

Counsel: _____
**SETH KIRSCHENBAUM** 4)688-2000
Defendant: _____

James N. Hatten, Clerk

By:s/Dee-dee McGoldrick
    Courtroom Deputy

Note: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above. Telephone Number: **404)215-1514**

Plea (**XX**)    (XX)Bond    To Counts: 1
Trial( )    ( )Fed Custody    Of Total Counts: 1
Nolo ( )    ( )State Custody    ASST. U.S. ATTY
Negotiated Plea ( )USM Custody    **JENNY TURNER**
cc:USA, USM, USPO, COUNSEL, DEFENDANT