# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00320-JEC
## USA v. Gould
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 10/18/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 3:38 P.M. | COURT REPORTER: Amanda Lohnaas |
| TIME COURT CONCLUDED: 6:20 P.M. | CSO/DUSM: CSO Moye |
| TIME IN COURT: 00:50 | USPO: Stephanie Schuessler |
| | DEPUTY CLERK: Dee-dee McGoldrick |

| | |
|---|---|
| DEFENDANT(S): | [1]Matthew Everett Gould Present at proceedings |
| ATTORNEY(S) PRESENT: | Seth Kirschenbaum representing Matthew Everett Gould<br>Jenny Turner representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Also present on behalf of Government, Agent William Manning. Defendant argued for downward variance and Government responded. Defendant's father addressed the Court. Defendant addressed the Court. Court and Counsel recess from 5:45 pm to 5:57 pm. Defendant sentenced to CBOP 30 months; 4 years supervised release; $100 special assessment - see J&C for details. Government objects to variance. Appeal rights given and defendant shall be allowed to voluntarily surrender. |
| HEARING STATUS: | Hearing Concluded |