IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 1:10-cr-320-0 |
| | : | |
| MATTHEW EVERETT GOULD | : | |

## MOTION TO MODIFY CONDITION OF RELEASE

Now comes Matthew Everett Gould ("Gould"), through counsel, who files

herewith his Motion to Modify Condition of Release, showing to this Honorable

Court the following:

1.

The Defendant in this case, Matthew Everett Gould, was originally indicted

under Case No.: 1:10-CR-194.  On May 13, 2010, Mr. Gould was released on

bond with a number of conditions of release.  The Bond Order and Order of

Conditions of Release are attached hereto as Exhibit A.

2.

Defendant Gould subsequently pled guilty to a superceding Criminal

Information before this Court.  That Information number is 1:10-CR-00320.

3.

One of the "Additional Conditions of Release" in Defendant Gould's

original bond order provided that he could not obtain or possess a passport or other

travel document.  That provision may be found under No. 8(h) of the attached

Additional Conditions of Release.

4.

Defendant Gould has served his sentence in prison, served almost one and a

half years of supervised release, and now has a Motion for Termination of

Supervised Release pending before this Court.

5.

As discussed in our Petition for Termination of Supervised Release,

Defendant Gould works for a company called Curebit.  His company wants him to

travel internationally.  In addition to the impediments to travel which exist as a

result of being on supervised release, Defendant Gould has been unable to obtain a

passport.  The passport office recently told Defendant Gould that the reason he

could not obtain a passport was that there is a "hold" status code on his person and

his passport account that is originating from the court system.  We can only assume

this hold relates to the restriction contained in Defendant Gould's Bond Order.

6.

Defendant Gould respectfully shows that at this time there is no longer any

reason to prevent him from obtaining a passport.  Therefore, in light of the

foregoing, we respectfully request that this Court enter an order modifying the

2

conditions of Defndant Gould's release in this case so as to permit him to obtain a

passport.  A proposed Order is attached hereto.

                                        Respectfully submitted,

                                         s/Seth D. Kirschenbaum
                                        Seth D. Kirschenbaum
                                        Georgia Bar No.: 424025
                                        Attorney for Matthew Gould


DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO
918 Ponce de Leon Ave., NE
Atlanta, GA 30306
(404) 688-2000   (404) 872-1622 Facsimile
seth@dzkl.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **vs.** | **:** | **CRIMINAL NO.: 1:10-cr-320-0** |
| | **:** | |
| **MATTHEW EVERETT GOULD** | **:** | |

## ORDER

The Court, having considered Defendant Matthew Everett Gould's Motion to Modify Condition of Release, hereby GRANTS the Motion.  It is hereby ORDERED that the condition of Mr. Gould's release on bond in this case and in the predecessor case, No. 1:10-CR-194, be modified to remove any court ordered impediment to Defendant Gould obtaining a United States Passport.  The purpose of this Order is to make it clear that any restriction on Defendant Gould's ability to obtain a United States Passport that was created by court order in this case is hereby removed.

SO ORDERED this _____ day of _____, 2014.

_____
JULIE E. CARNES,
United States District Judge
Northern District of Georgia

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2014, I electronically filed the foregoing

Motion to Modify Condition of Release and proposed Order with the Clerk of

Court using the ECF system which will send notification of such filing to the

following: AUSA Jenny Turner.

Respectfully submitted,

/s/ Seth D. Kirschenbaum
SETH D. KIRSCHENBAUM
Georgia Bar No.: 424025
Attorney for Matthew Gould

DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO, LLP
918 Ponce de Leon Ave., NE
Atlanta, GA 30306
(404) 688-2000   (404) 872-1622 Facsimile
seth@dzkl.com